Court of Appeals for the Eighth Circuit denied. *Mr. George E. H. Goodner* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. David E. Hudson* and *James W. Morris* for respondent.

No. 107. Marshall *v.* South Carolina Tax Commission et al. October 14, 1935. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Mr. Lionel K. Legge* for petitioner. *Messrs. John M. Daniel* and *J. Fraser Lyon* for respondents.

No. 112. Macrae et al., Executors, et al. *v.* Guy, Trustee, et al. October 14, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. George E. Sullivan* and *Albert W. Fox* for petitioners. *Messrs. Frederic B. Warder, Stanton C. Peelle,* and *Dale D. Drain* for respondents.

No. 113. Lily-Tulip Cup Corp. et al. *v.* American Lace Paper Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. S. Mortimer Ward* for petitioners. *Mr. Drury W. Cooper* for respondent.

No. 118. Buie *v.* United States. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. William R. Watkins* and *J. Forrest McCutcheon* for petitioner.

*Solicitor General Reed* and *Messrs. Amos W. W. Wood-cock* and *W. Marvin Smith* for the United States. ▉

No. 119. DYER *v.* COMMISSIONER OF INTERNAL REVE-NUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. H. B. McCawley* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. David E. Hudson, James W. Morris,* and *Lucius A. Buck* for respondent. ▉

No. 120. TROUP *v.* COMMISSIONER OF INTERNAL REV-ENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. H. B. McCawley* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Lucius A. Buck* for re-spondent. ▉

No. 141. SCHOENBERG *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of cer-tiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James W. Beller* for petitioner. *So-licitor General Reed, Assistant Attorney General Wide-man,* and *Messrs. James W. Morris* and *Lucius A. Buck* for respondent. ▉

No. 313. SLAYTON *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of cer-tiorari to the Circuit Court of Appeals for the First Cir-cuit denied. *Messrs. Lee M. Friedman* and *Edward Clif-*